PD-0445-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/17/2015 9:55:56 AM
Accepted 9/17/2015 10:20:49 AM
ABEL ACOSTA
CLERK

**IN THE**
**COURT OF COURT OF CRIMINAL APPEALS OF TEXAS**

_____

**No. PD-0445-15**

_____

**THE STATE OF TEXAS, Appellant**

**v.**

**DAVID FREDERICK CARY, Appellee**

FILED IN
COURT OF CRIMINAL APPEALS

September 17, 2015

ABEL ACOSTA, CLERK

_____

**On Appeal from the Court of Appeals, Fifth District of Texas at Dallas**
**Court of Appeals No. 05-13-01010-CR**

_____

**APPELLEE'S UNOPPOSED FIRST MOTION**
**TO EXTEND TIME TO FILE APPELLEE'S BRIEF**

Appellant David Frederick Cary respectfully moves for an extension of time to file his Appellee's Brief by until **, 2015**. In support of this motion, she would respectfully show as follows:

1.      The deadline for filing the Appellant's Brief is September 17, 2015.

2.      Appellant seeks an extension of time of 21 days, until **October 15, 2015**.

3.      An extension is necessary because of appellate counsel's schedule and the complexity of the issues. The charges in this case concern alleged bribery of a candidate for district court judge of Collin County, Texas. The record involves

Unopposed Motion for Extension of Time--Page 1

complicated legal and factual issues implicating, among other things, the interplay between the Texas bribery statute, election laws, and campaign finance reporting. The trial lasted two weeks, and the trial exhibits are over 8000 pages.

4.    **APPELLEE, THE STATE OF TEXAS, DOES NOT OPPOSE THIS REQUESTED EXTENSION.**

4.    No previous extension has been sought or granted.

Respectfully submitted,

____/s/ John M. Helms_____
John M. Helms
Texas Bar No. 09401001
BRODEN, MICKELSEN, HELMS &
SNIPES, LLP
2600 State Street
Dallas, Tx 75204
Tel: (469) 951-8496
Fax: (214) 720-9594
john@johnhelmslaw.com

ATTORNEYS FOR APPELLEE,
DAVID FREDERICK CARY

## CERTIFICATE OF CONFERENCE

Undersigned counsel has conferred with Joseph Corcoran, counsel for Appellee, the State of Texas, and the Appellee does not oppose this motion.

____/s/ John M. Helms_____
John M. Helms

## <u>CERTIFICATE OF SERVICE</u>

This certifies that a true and correct copy of this instrument has been served on counsel of record on Sepbember 16, 2015, as follows:

Joseph Corcoran
Assistant Attorney General
P.O. Box 12548
Capitol Station
Austin, TX 78711
* DELIVERED VIA E-MAIL *

____/s/ John M. Helms_____
John M. Helms